```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

VANESSA MANNING, Individually and as
Parent and Legal Guardian of M.P., an
infant and MINEASHA ALLEN, as Parent
and Legal Guardian of I.I., an infant,

                           Plaintiffs,

                                              5:07-CV-0291
            v.                                (FJS/GHL)

CITY OF AUBURN, JOHN DOE ONE, and
JOHN DOE TWO,

                           Defendants.
_____


APPEARANCES:                          OF COUNSEL

VANESSA MANNING
Plaintiff, Pro Se
126 South Fulton Street
Auburn, NY   13021

MINEASHA ALLEN
Plaintiff, Pro Se
125 South Fulton Street
Auburn, NY   13021

RYAN & SMALLACOMBE, PLLC              CLAUDIA A. RYAN, ESQ.
Counsel for Defendants
100 State Street, Suite 800
Albany, New York   12207
```

**FREDERICK J. SCULLIN, JR., S.D.J.:**

### ORDER

Currently before the Court is Magistrate Judge Lowe's February 26, 2008 Report-Recommendation to which the parties have filed no objections.  Having reviewed that Report-Recommendation and the entire file in this matter, the Court hereby

**ORDERS** that the Report-Recommendation of Magistrate Judge George H. Lowe filed February 26, 2008 is **ACCEPTED** in its entirety, for the reasons stated therein; and the Court further

**ORDERS** THAT Plaintiff'S complain is **DISMISSED** *sua sponte* for failure to prosecute and/or for failure to comply with two orders of the Court; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Defendants and close this case.

**IT IS SO ORDERED.**

Dated: March 19, 2008
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge